UNITED STATES of America ex rel. Edward NOVAK, Appellant,

v.

John P. SHOVLIN, M.D., Farview State Hospital, Waymart, Pennsylvania.

No. 16275.

United States Court of Appeals Third Circuit.

Submitted on Briefs Feb. 19, 1968.

Decided March 1, 1968.

Edward Novak, pro se.

Alan J. Davis, Asst. Dist. Atty., Chief, Appeals Division, Philadelphia, Pa., Welsh S. White, Asst. Dist. Atty., Alan J. Davis, Asst. Dist. Atty., Chief, Appeals Division, Richard A. Sprague, First Asst. Dist. Atty., Arlen Specter, Dist. Atty., Philadelphia, Pa., for appellee.

Before KALODNER, FREEDMAN and SEITZ, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On review of the record we find no error.

The Order of the District Court will be affirmed.

UNITED STATES of America ex rel. Adam STAMM, H-1137, Appellant,

v.

Alfred T. RUNDLE, Supt.

No. 17000.

United States Court of Appeals Third Circuit.

Submitted on Briefs March 4, 1968.

Decided March 21, 1968.

Adam Stamm, pro se.

Arthur Ed. Saylor, First Asst. Dist. Atty., County of Berks, Reading, Pa. (Robert L. VanHoove, Dist. Atty., Reading, Pa., on the brief), for appellee.

Before HASTIE, Chief Judge and SEITZ and VAN DUSEN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

This is an appeal by a state prisoner, serving a life term on a murder conviction, from the denial of his petition for federal habeas corpus.

The carefully reasoned opinion of the District Court, entered after an evidentiary hearing on certain controverted issues, considers and properly disposes of each significant contention of the petition.

The judgment will be affirmed.